**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **SHERRY DELALOYE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 4:04CV1369-DJS |
| ) | |
| **JO ANNE B. BARNHART,** Commissioner ) | |
| of Social Security, ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #16] is accepted and adopted.

Dated this ___26th___ day of January, 2006.

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE